B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                  Bankruptcy No. 09-16084SR
    Loretta S. Williams
        Debtor

    Loretta S. Williams
        Plaintiff                                          Adversary No. 09-00267
        vs.
    GHS Solutions, LLC
        Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due **9/30/2009**.

    Address of Clerk                  U.S. Bankruptcy Court
                                              Robert N.C. Nix Building
                                              900 Market Street, Suite 400
                                              Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney     Michael Gallagher
                                              628 Germantown Pike
                                              Lafayette Hill, PA 19444
                                              610-940-4730

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                   FOR THE COURT

                                                                   TIMOTHY B. MCGRATH
                                                                   CLERK



August 31, 2009                                              By: s/ Antoinette Stevenson
                                                                   Deputy Clerk

Bankruptcy No. 09-16084SR     Adversary No. 09-00267

CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _____ (date) by:

( ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                                              Signature

Print Name        _____

Business Address  _____

City, State, Zip  _____