Bankruptcy No. 09-16084SR    Adversary No. 09-00267

CERTIFICATE OF SERVICE

I, **Michael W. Gallagher** certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made **8/31/2009** (date) by:

(x) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:
   J. Scott Gunn, Esquire, Agent for Service of Process, GHS Solutions LLC, 100 SE Third Avenue, Suite 2500, Ft. Lauderdale FL 3339
   J. Scott Gunn, Esquire, Manager, GHS Solutions LLC, 4733 West Atlantic Ave., Suite C3-C5, Delray Beach FL 33445
   J. Scott Gunn, Esquire, GHS Debt Solutions, 4733 West Atlatnic Ave., Suite C7, Delray Beach FL 3344!

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law: The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

**August 31, 2009**
Date                                              Signature

Print Name         **Michael W. Gallagher**

Business Address   **628 Germantown Pike**

City, State, Zip   **Lafayette Hill, PA 19444**